IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:93-CR-00045-1H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| KEVIN TERRELL JACKSON, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on "Petitioner's Request For Release and Termination of Controlled Release Period" [DE #24]. Finding an insufficient basis for early termination of supervised release, defendant's motion is DENIED.

This the 26th day of March 2015.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26